

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00178-CR

| | | |
|---|---|---|
| CARL ROBERSON, Appellant | § | On Appeal from the 362nd District Court |
| | § | |
| V. | | of Denton County (F-2013-1844-D) |
| | § | |
| | | August 8, 2019 |
| THE STATE OF TEXAS | § | |
| | | Opinion by Chief Justice Sudderth |
| | § | |
| | | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed.  It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Bonnie Sudderth_____
         Chief Justice Bonnie Sudderth